EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2018 TSPR 140 |
|---|---|
| Julio César Blain León | 200 DPR ____ |

Número del Caso: TS-10,491

Fecha:   27 de julio de 2018

Abogado del peticionario:

        Por derecho propio

 Oficina de Inspección de Notarías:

        Lcdo. Manuel E. Avila De Jesús
        Director

Materia:  Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Julio César Blain León                    TS-10,491

RESOLUCIÓN

En San Juan, Puerto Rico, a 27 de julio de 2018.

Examinada la *Respetuosa Solicitud de Reinstalación* que presentó el Sr. Julio César Blain León (peticionario) el 6 de julio de 2018 y el *Informe Final Sobre el Estado de la Obra Protocolar Incautada* presentado por la Oficina de Inspección de Notarías (ODIN) el 17 de julio de 2018, damos por cumplida nuestra Resolución del 23 de julio de 2018 y se ordena la reinstalación del peticionario a la abogacía. Previo a ser reinstalado a la notaría el peticionario deberá acreditar la prestación y el pago de la Fianza Notarial.

Se le ordena al Secretario del Tribunal registrar el cambio de estatus a abogado activo en el Registro Único de Abogados y Abogadas de Puerto Rico (RÚA).

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo